**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Daniel Castro Bolanos,
Petitioner,
v.
Luis Rosa, Jr., et al.,
Respondents.

No. CV 26-02353 PHX MTL (CDB)

**REPORT AND RECOMMENDATION**

**TO THE HONORABLE MICHAEL T. LIBURDI:**

Petitioner, a native and citizen of Mexico, filed a § 2241 petition on April 6, 2026, while he was detained at the Central Arizona Florence Correctional Complex. Respondents answered the petition on April 29, 2026, averring Petitioner was not entitled to relief. (ECF No. 11). Petitioner did not file a reply. As of July 22, 2026, the Department of Homeland Security's Immigration and Customs Enforcement Online Detainee Locator System returned "zero (0) matching records" for Petitioner. Accordingly, Respondents were ordered to advise the Court as to whether Petitioner was still detained by DHS, or whether Petitioner had been removed from the United States and his petition is therefore moot. On July 23, 2026, Respondents advised Petitioner was removed from the United States in May 2026. (ECF No. 14). Accordingly,

**IT IS RECOMMENDED that** the Petition at ECF No. 1 be **denied as moot**.

This recommendation is not an order that is immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Rule 4(a)(1), Federal Rules of Appellate Procedure, should not be filed until entry of the District Court's judgment. Rule

72(b), Federal Rules of Civil Procedure, provides that the parties shall have fourteen (14) days from the date of service of a copy of this recommendation within which to file specific written objections with the Court. Pursuant to Rule 7.2(e)(3) of the Local Rules of Civil Procedure for the United States District Court for the District of Arizona, objections to the Report and Recommendation may not exceed ten (10) pages in length. Failure to timely file objections to any factual or legal determinations of the Magistrate Judge will be considered a waiver of a party's right to de novo appellate consideration of the issues. *See United States v. Reyna–Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

Dated this 23rd day of July, 2026.

Camille D. Bibles
United States Magistrate Judge